**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| NICOLE MARIE MILLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV. A. NO. 21-00544-JB-MU |
| v. ) | |
| ) | CRIM. A. NO. 18-00035-JB-MU-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 22nd day of January, 2025.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
CHIEF UNITED STATES DISTRICT JUDGE